EUGENE W. SMALL and Another, as Surviving Trustees, etc., of IDA SMALL, Deceased, Plaintiffs, v. DANT REALTY CORPORATION and Others, Defendants, Impleaded with PEYTON M. HUGHES, Appellant. GEORGE HYMAN, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley, J., taking no part.

GIFFORD PINCHOT and Another, as Trustees of the Trusts Created under the Will of EDITH C. BRYCE, Deceased, for the Benefit of CORNELIA ELIZABETH PINCHOT, and Others, Respondents, v. MANUFACTURERS BUILDING COMPANY, Appellant, and CITY BANK FARMERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the plaintiffs, respondents. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORRIS SARNOFF, Appellant, v. ALBERT MELTSNER and Another, Respondents. — Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as State Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Rehabilitation of LAWYERS MORTGAGE COMPANY. Claim of NATHAN BALLIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALBERT BACHMAN, Appellant, v. HANNAH HAUSMAN and Another, Doing Business as H. HAUSMAN & SON, Respondents, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of FRANK L. NEWBURGER and Others, Respondents, against HATRY HOLDING CORPORATION, Appellant, for an Order Staying Proceedings in the Pending Action and Compelling Arbitration.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CARROLL V. GERAN, Respondent, v. BANCROFT SMITH and Another, Individually and as Copartners, etc., Appellants.—Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within fifteen days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.